# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00874-CV

**Kenneth A. Burnett II, Appellant**

**v.**

**CIM Management Group, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-20-004833, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Kenneth A. Burnett II filed a notice of appeal complaining of the trial court's corrected release of judgment. Upon initial review, the Clerk of this Court sent Burnett a letter informing him that this Court appears to lack jurisdiction over the appeal because our jurisdiction is limited to appeals in which there exists a final or appealable judgment or order. *See* Tex. Civ. Prac. & Rem. Code § 51.012; *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (explaining that appeal generally may only be taken from final judgment that disposes of all pending parties and claims in record unless statute provides for interlocutory appeal). In this case, the original judgment is over two years old, and it does not appear that the release of the judgment creditor here constitutes a separate appealable final order. *See CIM Mgmt. Group v. Burnett*, No. 03-21-00229-CV, 2022 WL 3567782, at *1 (Tex. App.—Austin Aug. 19, 2022, no pet.) (mem. op.) (appealing original final judgment). The Clerk requested a

response on or before May 8, 2024, informing this Court of any basis that exists for jurisdiction. Burnett failed to file any response.

We therefore dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed for Want of Jurisdiction

Filed: May 24, 2024